# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Performance Validation | 12/7/2022 | 266445 | Check | $ 10,224.50 |
| Akorn Operating Company, LLC | Performance Validation | 2/8/2023 | 267200 | Check | $ 2,902.50 |
|  |  |  |  |  | $ 13,127.00 |